928

No. 97–1811. BLAKLEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1814. SEALS, AKA BROOKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–1823. SAILE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–1826. BIDDLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5076. LAW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5347. BONNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5882. CHARGUALAF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6069. RIVERO-CABANAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–6319. PYLE ET UX. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6823. GRANT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6853. YOUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6969. REYES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7002. WHITE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7171. MCDONALD *v.* UNITED STATES; and
No. 97–7173. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 127 F. 3d 38.

No. 97–7179. SHELBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7571. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.